**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _4-18-24_

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

         - v. -

DAMONTE MOORE,

                Defendant.

------------------------------------------------------------------ x

24-mj-1341 (UA)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Bail Hearing is set for **April 19, 2024** at **3:45 p.m.**

SO ORDERED.

Dated:      New York, New York
           April 18, 2024

                                    **ANDREW L. CARTER, JR.**
                                      **United States District Judge**