```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                          Plaintiff(s),

                -against-

Damonte Moore,

                         Defendant(s).

24-CR-0250 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Arraignment and Initial Pretrial Conference is scheduled for May 1, 2024, at 2:30 p.m. in Courtroom 906, 40 Foley Square, New York, NY 10007.

Dated:  April 26, 2024
          New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge