# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2024
```

May 28, 2024

**BY ECF**

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **United States v. D'Amonte Moore**
     **24 Cr. 250 (MMG)**

Dear Judge Garnett:

    I write to respectfully request an extension to file a status letter in the above-captioned matter.

    At Mr. Moore's initial appearance on May 1, 2024, the Court arraigned Mr. Moore on the indictment. That day, the Court ordered the government to produce discovery to the defense by May 15, 2024. Rather than set motions deadlines and a trial date at the initial appearance, the Court directed defense counsel to file a letter with the Court by May 30, 2024 indicating whether any motions will be filed and proposing a joint pretrial schedule, if applicable. A status conference was scheduled for June 3, 2024 at 11:30 am.

    On May 16, 2024, the day after its discovery production was due, the government filed a letter motion requesting the Court enter a protective order governing discovery. Doc. 14. The defense filed its opposition the next day. Doc. 15. On May 20, the government filed a reply. Doc. 17. The Court has not yet ruled on the government's motion.

    To date, the government has not disclosed the vast majority of discovery in this matter, including the NYPD ECMS file. Accordingly, defense counsel has not been able to decide whether to file motions and propose a joint pretrial schedule, if necessary. For these reasons, I respectfully request that the Court extend the deadline for the defense to file its status update until at least 15

days after the government produces discovery to the defense. The defense also requests that the Court adjourn the June 3 status conference accordingly.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for D'Amonte Moore*

cc:   Counsel of record

> The request for extension is GRANTED. The Government is ordered to produce all discovery no later than May 31, 2024; Defense status letter is due by June 14, 2024. The status conference currently scheduled for June 3, 2024, is adjourned to **Tuesday, June 18, 2024, at 10:30 a.m.** Time between June 3 and June 18 excluded from the Speedy Trial Clock in the interests of justice to allow sufficient time for production and review of discovery and for defense counsel to make a determination regarding whether to file pre-trial motions. The Clerk of Court is respectfully directed to terminate Dkt. No. 18. SO ORDERED.
>
> Date: May 28, 2024
>
> HON. MARGARET M. GARNETT
> U.S. DISTRICT JUDGE