```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>       Plaintiff(s),<br><br>  -against-<br><br>Damonte Moore,<br><br>       Defendant(s). | 24-CR-0250 (MMG)<br><br>**ORDER** |

MARGARET M. GARNETT, United States District Judge:

This Court imposed a sentence of "Time Served" on Defendant, Damonte Moore, (U.S.M. #08760-511). It is hereby ORDERED that Defendant should be released from the custody of the United States Marshals Service subject to any warrants and detainers.

SO ORDERED.

Dated: December 11, 2024
   New York, New York

                SO ORDERED.

                _____
                MARGARET M. GARNETT
                United States District Judge