UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                              Plaintiff(s),

                    -against-

Damonte Moore,

                              Defendant(s).

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/17/2025
```

24-CR-0250 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

A status conference in this matter is scheduled for August 6, 2025, at 11:00 a.m. in

Courtroom 906, 40 Foley Square, New York, NY 10007.

Dated:  June 17, 2025
        New York, New York

                    SO ORDERED.

                    _____
                    MARGARET M. GARNETT
                    United States District Judge