UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff(s),

-against-

Damonte Moore,

                Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2025

24-CR-0250 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Upon the recommendation of the US Probation Office, this Court HEREBY imposes an additional special condition of supervised release. Mr. Moore is to participate in an outpatient mental health treatment program that is approved by the US Probation Office and is to co-occur with the previously imposed outpatient substance abuse treatment program.

Dated: August 6, 2025
        New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge